UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RAUL H. AGUILAR,** | ) |
| | ) |
| Plaintiff, | ) Case No. 09-6015 AJW |
| | ) |
| v. | ) |
| | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

May 11, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge